| United States Bankruptcy Court<br>Eastern District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Blossman Bancshares, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Central Progressive Bancshares, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**72-0636482** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**29092 Krentel Road**<br>**Lacombe, LA**      ZIP Code **70445** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br> ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Saint Tammany** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br> ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br> ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9       of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as     business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Blossman Bancshares, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Blossman Bancshares, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Robin B. Cheatham**
Signature of Attorney for Debtor(s)

**Robin B. Cheatham 4004**
Printed Name of Attorney for Debtor(s)

**Adams and Reese LLP**
Firm Name

**701 Poydras Street, Suite 4500**
**One Shell Square**
**New Orleans, LA 70139**

_____
Address

**Email: robin.cheatham@arlaw.com**
**504-581-3234  Fax: 504-566-0210**
Telephone Number

**October 25, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James Venezia, Sr.**
Signature of Authorized Individual

**James Venezia, Sr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 25, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# CORPORATE RESOLUTION
## OF
# BLOSSMAN BANCSHARES, INC.

At a special meeting of the Board of Directors of Blossman Bancshares, Inc., held on September 16, 2011 in Lacombe, Louisiana at which the all of the Directors were present, and all waived notice and confirmed the waiver by signing the original of this resolution.

The following resolutions were unanimously adopted:

IT WAS RESOLVED that, in the judgment of the Board of Directors, it is desirable and in the best interest of this corporation, its creditors and other interested parties, that a Voluntary Petition under Chapter 11 of the Bankruptcy Code be filed; and

IT WAS FURTHER RESOLVED, that Jim Venezia, President, a member of the Board of Directors of this corporation be, and hereby is authorized and directed, on behalf of and in the name of this corporation, to execute and verify said Petition under Chapter 11 of the Bankruptcy Code, in such form as may be recommended by counsel for the corporation, and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Louisiana; and

IT WAS FURTHER RESOLVED, that Jim Venezia, be and he is hereby authorized to execute and file all petitions, applications, affidavits, statements, schedules, lists and other necessary documents, and to take any and all other actions that he may deem necessary or appropriate in connection with the proceedings filed in accordance with Chapter 11 of the Bankruptcy Code.

There being no further business to come before this meeting, by unanimous consent of the Board of Directors, the meeting was adjourned.

I hereby certify that the foregoing is a true and correct copy of the resolution unanimously adopted by the Board of Directors of Blossman Bancshares, Inc. at a meeting duly held on the 16th day of September, 2011 in Lacombe, Louisiana at which all of directors were present and voted, and that such resolutions are duly recorded in the Minute Book of the corporation.

Lacombe, Louisiana, this 16th day of September 2011.

_____
Ann Blossman
Secretary

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Blossman Bancshares, Inc.**           Case No. _____

                            Debtor(s)        Chapter    **11**   _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Charles L. Blackwell**<br>**423 Nighthawk Drrive**<br>**Slidell, LA 70461** | **Charles L. Blackwell**<br>**423 Nighthawk Drrive**<br>**Slidell, LA 70461** | **Wages** | | **600.00** |
| **FDIC**<br>**8100 Poplar Avenue Suite 1900**<br>**Memphis, TN 38137-1900** | **FDIC**<br>**8100 Poplar Avenue Suite 1900**<br>**Memphis, TN 38137-1900** | **Capital Maintenance Commitment and Guaranty** | | **Unknown** |
| **Louisiana Office of Financial Institutions**<br>**P. O. Box. 94095**<br>**Baton Rouge, LA 70804** | **Louisiana Office of Financial Institutions**<br>**P. O. Box. 94095**<br>**Baton Rouge, LA 70804** | **Assessment** | | **350.00** |
| **Peggy A. Donahue**<br>**369 Dorset Drive**<br>**Slidell, LA 70458** | **Peggy A. Donahue**<br>**369 Dorset Drive**<br>**Slidell, LA 70458** | **Wages** | | **300.00** |
| **U.S. Bank, as agent for Central Progressive Bank Statutory Trust III**<br>**One Federal Street, 3rd Floor**<br>**Boston, MA 02110** | **U.S. Bank, as agent for Central Progressive Bank Statutory Trust III**<br>**One Federal Street, 3rd Floor**<br>**Boston, MA 02110** | **Indenture of Junior Subordinated Debt Securities** | | **7,217,000.00** |
| **Wells Fargo Delaware Trust Co., N.A.**<br>**as agent for Central Progressive Capital Trust III**<br>**919 North Market Street**<br>**Wilmington, DE 19890** | **Wells Fargo Delaware Trust Co., N.A. as agent for Central Progressive Capital Trust III**<br>**Wilmington, DE 19890** | **Floating Junior Subordinated Debt Securities** | | **9,206,599.67** |
| **Wilmington Trust Company as agent for Central Progressive Capital Trust**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** | **Wilmington Trust Company as agent for Central Progressive Capital Trust**<br>**Rodney Square North**<br>**Wilmington, DE 19890** | **Capital Securities** | | **6,993,722.14** |
| | | | | |

In re   **Blossman Bancshares, Inc.**                 Case No. _____

                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 25, 2011** _____      Signature   **/s/ James Venezia, Sr.** _____

                                               **James Venezia, Sr.**
                                               **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

.

# United States Bankruptcy Court

## Eastern District of Louisiana

In re   **Blossman Bancshares, Inc.**                           ,

                                    Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 130,000.00 | | |
| B - Personal Property | Yes | 4 | 2,692,300.06 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 1,250.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 23,417,321.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 12 | | | |
| Total Assets | | | 2,822,300.06 | | |
| Total Liabilities | | | | 23,418,571.81 | |

.

# United States Bankruptcy Court
## Eastern District of Louisiana

In re  **Blossman Bancshares, Inc.** _____,   Case No. _____

                                                    Debtor

                                                                        Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Blossman Bancshares, Inc.**         ,      Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1.31 Acres Corner of Pine Bark Lane and U.S. Highway 49, Harrison City, Mississippi** | | - | 130,000.00 | 0.00 |

|  | Sub-Total > | 130,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 130,000.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re     **Blossman Bancshares, Inc.**                              ,     Case No. _____

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Central Progressive Bank, 29092 Krentel Road, Lacombe, LA 70445** | - | 240,043.50 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      240,043.50
(Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

In re   **Blossman Bancshares, Inc.**                          ,        Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **379 Shares of Common Stock in Central Progressive Bank** | - | **2,452,256.56** |
| | | **Central Progressive Mortgage Corp. P. O. Drawer 1299 Hammond, LA 70404 Ceased Operation** | - | **0.00** |
| | | **C P Capital Markets, Inc. 111 North Oak Street Hammond, LA 70401 Ceased Operation** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                        Sub-Total >      **2,452,256.56**
                                        (Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

In re    **Blossman Bancshares, Inc.**        ,      Case No. _____

                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Blossman Bancshares, Inc.**                          ,       Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **2,692,300.06** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **Blossman Bancshares, Inc.**                                          Case No. _____

_____,
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

___0___ continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

.

In re   **Blossman Bancshares, Inc.**             ,   Case No. _____

                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**   continuation sheets attached

In re    **Blossman Bancshares, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Charles L. Blackwell 423 Nighthawk Drrive Slidell, LA 70461** | | - | **October, 2011** **Wages** | | | | 600.00 | 0.00 600.00 |
| Account No. **Peggy A. Donahue 369 Dorset Drive Slidell, LA 70458** | | - | **October, 2011** **Wages** | | | | 300.00 | 0.00 300.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 900.00 | 0.00 900.00 |
|---|---|---|---|

In re **Blossman Bancshares, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 09/30/11 | | | | | | |
| **Louisiana Office of Financial Institutions P. O. Box. 94095 Baton Rouge, LA 70804** | - | | **Assessment** | | | | | | 0.00 |
| | | | | | | | 350.00 | | 350.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 350.00 | 350.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 1,250.00 | 1,250.00 |

B6F (Official Form 6F) (12/07)

In re **Blossman Bancshares, Inc.**  ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**FDIC**<br>**8100 Poplar Avenue Suite 1900**<br>**Memphis, TN 38137-1900** | - | | | | **March 31, 2011**<br>**Capital Maintenance Commitment and Guaranty** | | | | **Unknown** |
| Account No.<br><br>**U.S. Bank, as agent for Central Progressive Bank Statutory Trust III**<br>**One Federal Street, 3rd Floor**<br>**Boston, MA 02110** | - | | | | **September 22, 2006**<br>**Indenture of Junior Subordinated Debt Securities** | | | | **7,217,000.00** |
| Account No.<br><br>**Wells Fargo Delaware Trust Co., N.A. as agent for Central Progressive Capital Trust**<br>**919 North Market Street**<br>**Wilmington, DE 19890** | - | | | | **12/11/03**<br>**Floating Junior Subordinated Debt Securities** | | | | **9,206,599.67** |
| Account No.<br><br>**Wilmington Trust Company as agent for Central Progressive Capital Trust**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** | - | | | | **3/28/01**<br>**Capital Securities** | | | | **6,993,722.14** |

| | | |
|---|---|---|
| **_0_** continuation sheets attached | Subtotal<br>(Total of this page) | **23,417,321.81** |
| | Total<br>(Report on Summary of Schedules) | **23,417,321.81** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Blossman Bancshares, Inc.**               ,    Case No. _____

                                     Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**    _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Blossman Bancshares, Inc.**                  ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Blossman Bancshares, Inc.**              Case No. _____
                                           Debtor(s)         Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**14**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 25, 2011**                   Signature   **/s/ James Venezia, Sr.**
                                                       **James Venezia, Sr.**
                                                       **President**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Louisiana

In re  **Blossman Bancshares, Inc.**                                        Case No.
_____
                                    Debtor(s)                Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-5,046,109.24 | **2011 YTD: Debtor Business Income through September 30, 2011** |
| $-1,973,224.00 | **2010: Debtor Business Income** |
| $-2,593,349.00 | **2009: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

## 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Charles L. Blackwell**<br>**423 Nighthawk Drrive**<br>**Slidell, LA 70461**<br>   **Employee** | **Salary**<br>**See Attached Schedule 3-C** | **$3,983.24** | **$600.00** |
| **Richard S. Blossman, Jr.**<br>**114 Golfview Lane**<br>**Covington, LA 70433**<br>   **Employee and/or Shareholder** | **Salary**<br>**See Attached Schedule 3-C** | **$170,928.50** | **$0.00** |
| **Central Progressive Bank**<br>**29092 Krentel Road**<br>**Lacombe, LA 70445**<br>   **Subsidiary** | **2009 Tax Refund**<br>**Regulation with Required**<br>**Reimbursements** | **$4,085,593.89** | **$0.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Board Resolution 9/18/08** | **Administrative** | | **Pending** |

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Adams and Reese LLP**<br>**701 Poydras Street, Suite 4500**<br>**One Shell Square**<br>**New Orleans, LA 70139** | **September 16, 2011** | **169627.29** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■      List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
         occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
         address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
         Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
         commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
         the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
         or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
         the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                                                GOVERNMENTAL UNIT                NOTICE            LAW

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
         Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                                                GOVERNMENTAL UNIT                NOTICE            LAW

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
         the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
         docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Central Progressive Bank** | **72-0636482** | **29092 Krentel Road Lacombe, LA 70445** | **Banking** | **03/16/66 to present** |
| **Central Progressive Bank Capital Market** | **72-1461937** | **29092 Krentel Road Lacombe, LA 70445** | **Capital Funding (Inactive)** | **10/11/99 to 9/26/11** |
| **Central Progressive Mortgage Corporation** | **11-1458219** | **29092 Krentel Road Lacombe, LA 70445** | **Commercial Mortgages** | **09/23/99 to 9/26/11** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED
**Charles L. Blackwell**                                  **12/31/07 to present**
**423 Nighthawk Drrive**
**Slidell, LA 70461**

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                            DATES SERVICES RENDERED
**LaPorte Sehrt Romig Hand**    **111 Veterans Blvd., Suite 600**  **as of 12/31/09**
                                **Metairie, LA 70005**             **as of 12/31/10**

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Charles L. Blackwell** | **423 Nighthawk Drrive**<br>**Slidell, LA 70461** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank A** | **Names not being Provided Pursuant to Confidentiality Agreements**<br><br>**Various Dates** |
| **Bank B** | **Names not being Provided Pursuant to Confidentiality Agreements**<br><br>**Various Dates** |
| **Bank C** | **Names not being Provided Pursuant to Confidentiality Agreements**<br><br>**Various Dates** |
| **Bank D** | **Names not being Provided Pursuant to Confidentiality Agreements**<br><br>**Various Dates** |
| **Bank E** | **Names not being Provided Pursuant to Confidentiality Agreements**<br><br>**Various Dates** |
| **Bank F** | **Names not being Provided Pursuant to Confidentiality Agreements**<br><br>**Various Dates** |
| **Bank G** | **Names not being Provided Pursuant to Confidentiality Agreements**<br><br>**Various Dates** |
| **Bank H** | **Names not being Provided Pursuant to Confidentiality Agreements**<br><br>**Various Dates** |
| **Bank I** | **Names not being Provided Pursuant to Confidentiality Agreements**<br><br>**Various Dates** |
| **Bank J** | **Names not being Provided Pursuant to Confidentiality Agreements**<br><br>**Various Dates** |
| **Bank K** | **Names not being Provided Pursuant to Confidentiality Agreements**<br><br>**Various Dates** |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank L** | **Names not being Provided Pursuant to Confidentiality Agreements** |
| | **Various Dates** |
| **Bank M** | **Names not being Provided Pursuant to Confidentiality Agreements** |
| | **Various Dates** |

---

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **James Venezia, Sr.** <br> **37045 Austin Cemetary Road** <br> **Pearl River, LA 70452** | **Presdient/Director** | **Common Stockholder .001%** |
| **Charles L. Ponder** <br> **23383 Highway 16 E** <br> **Amite, LA 70422** | **Chair CEO/Director** | **Common Stockholder 3.2%** |
| **Ann Blossman** <br> **200 Bayberry Drive** <br> **Pearl River, LA 70452** | **Secretary/Director** | **Common Stockholder 2.4%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 25, 2011**       Signature  **/s/ James Venezia, Sr.**
**James Venezia, Sr.**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

C. Blackwell

| CK DATE | PD END DATE | CK AMT | COMPANY |
|---------|-------------|--------|---------|
| 9/15/2011 | 8/31/2011 | $300.00 | TK9/000063 |
| 8/31/2011 | 8/15/2011 | $300.00 | TK9/000063 |
| 8/15/2011 | 7/31/2011 | $300.00 | TK9/000063 |
| 7/29/2011 | 7/15/2011 | $300.00 | TK9/000063 |
| 7/15/2011 | 6/30/2011 | $300.00 | TK9/000063 |
| 6/30/2011 | 6/15/2011 | $300.00 | TK9/000063 |
| 6/15/2011 | 5/31/2011 | $300.00 | TK9/000063 |
| 5/31/2011 | 5/15/2011 | $300.00 | TK9/000063 |
| 5/13/2011 | 4/30/2011 | $300.00 | TK9/000063 |
| 4/29/2011 | 4/15/2011 | $300.00 | TK9/000063 |
| 4/15/2011 | 3/31/2011 | $300.00 | TK9/000063 |
| 3/31/2011 | 3/15/2011 | $300.00 | TK9/000063 |
| 3/15/2011 | 2/28/2011 | $300.00 | TK9/000063 |
| 2/28/2011 | 2/15/2011 | $300.00 | TK9/000063 |
| 2/15/2011 | 1/31/2011 | $83.04 | TK9/000063 |
| 5/14/2010 | 4/30/2010 | $750.00 | TK9/000063 |

R. Blossman Jr.

| CK DATE | PD END DATE | CK AMT | COMPANY |
|---|---|---|---|
| 1/31/2011 | 1/15/2011 | $14,737.50 | TK9/000063 |
| 1/14/2011 | 12/31/2010 | $14,737.50 | TK9/000063 |
| 12/30/2010 | 12/15/2010 | $23,553.50 | TK9/000064 |

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Blossman Bancshares, Inc.**           Case No.

Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 220,000.00 |
| Prior to the filing of this statement I have received | $ | 220,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]
         **$55, 345.21 for prepetition services rendered and costs incurred in preparation for the bankruptcy filing with the balance of $164,654.79 for the post petition retainer.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 25, 2011**            **/s/ Robin B. Cheatham**
                                            **Robin B. Cheatham**
                                            **Adams and Reese LLP**
                                            **701 Poydras Street, Suite 4500**
                                            **One Shell Square**
                                            **New Orleans, LA 70139**
                                            **504-581-3234  Fax: 504-566-0210**
                                            **robin.cheatham@arlaw.com**

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Blossman Bancshares, Inc.**        Case No. _____

                                  Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| A G Edwards & Son, Inc.<br>1 No Jefferson<br>Saint Louis, MO 63103 | Common | 19 | Common Stockholder |
| Alan B. Despres<br>3638 Loyola Drive<br>Kenner, LA 70065 | Common | 52 | Common Stockholder |
| Amy Blossman Illing<br>848 E. Boston St. #301<br>Covington, LA 70433 | Common | 100 | Common Stockholder |
| Angelee B. Ardillo<br>59621 Puleston Road<br>Amite, LA 70422 | Common | 104 | Common Stockholder |
| Ann Blossman<br>200 Bayberry Drive<br>Covington, LA 70433 | Common | 100 | Common Stockholder |
| Ann Kay Cefalu Logarbo<br>80700 Teal Loop<br>Bush, LA 70431 | Common | 445 | Common Stockholder |
| Anthony Jones<br>218 Brown Road<br>Hammond, LA 70401 | Common | 54 | Common Stockholder |
| Antoinette K. Cefalu Logarbo<br>80700 Teal Loop<br>Bush, LA 70431 | Common | 410 | Common Stockholder |
| Aurelia Rossie Rownd<br>720 Rurual St<br>New Orleans, LA 70123 | Common | 62 | Common Stockholder |
| Barbara P. Blake<br>1751 Twisted Oak Lane<br>Baton Rouge, LA 70810 | Common | 130 | Common Stockholder |
| Bertha C. Facone<br>P. O. Box 433<br>Independence, LA 70443 | Commone | 26 | Common Stockholder |

**14**   continuation sheets attached to List of Equity Security Holders

In re   __Blossman Bancshares, Inc.__                                              ,   Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bertha Facone, Usufruct**<br>**P. O. Box 433**<br>**Independence, LA 70443** | **Common** | **26** | **Common Stockholder** |
| **Betty Bethel**<br>**P O. Box 313**<br>**Roseland, LA 70456** | **Common** | **1** | **Common Stockholder** |
| **Bobbette Rossie Beck**<br>**259 Oak Court**<br>**Severna Park, MD 21146** | **Common** | **62** | **Common Stockholder** |
| **Brandon Faciane**<br>**171 Blue Crane Drive #1**<br>**Slidell, LA 70461** | **Common** | **317** | **Common Stockholder** |
| **Brett Blossman**<br>**848 E. Boston St. #301**<br>**Covington, LA 70433** | **Common** | **126** | **Common Stockholder** |
| **Bryan K. Brumfield**<br>**P. O. Box 308**<br>**Amite, LA 70422** | **Common** | **10** | **Common Stockholder** |
| **C B or Shirley Temple**<br>**Box J**<br>**Kentwood, LA 70444** | **Common** | **27** | **Common Stockholder** |
| **Candance Frazier**<br>**61449 Hwy 1054**<br>**Amite, LA 70422** | **Common** | **2** | **Common Stockholder** |
| **Carol Brooks**<br>**520 Keaghey Road**<br>**Ponchatoula, LA 70454** | **Common** | **6** | **Common Stockholder** |
| **Carolyn Hendry**<br>**P. O. Box 404**<br>**Roseland, LA 70456** | **Common** | **1** | **Common Stockholder** |
| **Carolyn Martin Joiner**<br>**42473 Henry Martin Ln**<br>**Hammond, LA 70403** | **Common** | **125** | **Common Stockholder** |
| **Cathy Taylor**<br>**1303 Westerb Avenue**<br>**Hammond, LA 70401** | **Common** | **39** | **Common Stockholder** |
| **Charles A. Cefalu**<br>**1070 Old River Road**<br>**Slidell, LA 70461** | **Common** | **445** | **Common Stockholder** |

Sheet __1__ of __14__ continuation sheets attached to the List of Equity Security Holders

In re __Blossman Bancshares, Inc._____,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Charles A. Cefalu, Jr.<br>1070 Old River Road<br>Slidell, LA 70461 | Common | 100 | Common Stockholder |
| Charles Guy Anzalone, III<br>P. O. Box 37<br>Independence, LA 70443 | Common | 35 | Common |
| Charles Law Ponder<br>P. O. Box 1241<br>Amite, LA 70422 | Common | 5025 | Common Stockholder |
| Charles Law Ponder, III<br>P. O. Box 1241<br>Amite, LA 70422 | Common | 208 | Common Stockholder |
| Charlotte or J T Hayden, Jr.<br>1525 Dycgess Drive<br>Baton Rouge, LA 70815 | Common | 10 | Common Stockholder |
| Christopher M. Casselberry<br>145 S. Rodondo Drive<br>Baton Rouge, LA 70815 | Common | 15 | Common Stockholder |
| Clara Gilbert<br>UNKNOWN | Common | 13 | Common Stockholder |
| Connie Davis<br>17407 Golf Course Road<br>Loranger, LA 70446 | Common | 1 | Common Stockholder |
| Conrad Spencer Rossie<br>47114 Pineview<br>Hammond, LA 70401 | Common | 61 | Common Stockholder |
| Conway Guiteau<br>P. O. Box 818<br>Amite, LA 70422 | Common | 104 | Common Stockholder |
| Courland Collins Lawson<br>336 Highland Oaks Dr<br>Baton Rouge, LA 70810 | Common | 10 | Common Stockholder |
| Cynthia Lee Melancon<br>1711 Gaylord Dr.<br>Bogalusa, LA 70427 | Common | 52 | Common Stockholder |
| Darren Gomilla<br>42564 S. Range RD<br>Hammond, LA 70403 | Common | 10 | Common Stockholder |

Sheet __2___ of __14__ continuation sheets attached to the List of Equity Security Holders

In re   **Blossman Bancshares, Inc.**               ,      Case No. _____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **David A. Mondebello**<br>**701 Rue Chalet**<br>**Hammond, LA 70401** | **Common** | **10** | **Common**<br>**Stockholder** |
| **David Danel**<br>**P. O. Drawer 2726**<br>**Hammond, LA 70404** | **Common** | **100** | **Common**<br>**Stockholder** |
| **David Gradon Clemons**<br>**P. O. Box 225**<br>**Amite, LA 70422** | **Common** | **150** | **Common**<br>**Stockholder** |
| **Debbie Stewart**<br>**14474 Greenlawn Rd**<br>**Kentwood, LA 70444** | **Common** | **40** | **Common**<br>**Stockholder** |
| **Debora M. Tremont**<br>**Unknown** | **Common** | **13** | **Common**<br>**Stockholder** |
| **Derek or Karrie Shants**<br>**P. O. Box 1300**<br>**Hammond, LA 70404** | **Common** | **300** | **Common**<br>**Stockholder** |
| **Douglas T. Curet**<br>**800 Rue St. Michael**<br>**Hammond, LA 70401** | **Common** | **5** | **Common**<br>**Stockholder** |
| **Dr. Vincent Cefalu**<br>**P. O. Box 1591**<br>**Hammond, LA 70404** | **Common** | **411** | **Common**<br>**Stockholder** |
| **Dr. Vincent N. Cefalu**<br>**P. O. Box 1591**<br>**Hammond, LA 70404** | **Common** | **136** | **Common**<br>**Stockholder** |
| **Dr. Vincent N. Cefalu**<br>**47488 Monticello Drive**<br>**Hammond, LA 70401** | **Common** | **445** | **Common**<br>**Stockholder** |
| **E R Glasgow**<br>**P. O. Box 918**<br>**Amite, LA 70422** | **Common** | **5** | **Common**<br>**Stockholder** |
| **Edward & Janice Amar Trust**<br>**1600 W. Church Street**<br>**Hammond, LA 70401** | **Common** | **300** | **Common**<br>**Stockholder** |
| **Edward A. Amar**<br>**1600 W. Church St**<br>**Hammond, LA 70401** | **Common** | **68** | **Common**<br>**Stockholder** |

Sheet   **3**   of   **14**   continuation sheets attached to the List of Equity Security Holders

In re     __Blossman Bancshares, Inc.__                   ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edward A. Amar, IV**<br>**1600 W. Church Street**<br>**Hammond, LA 70401** | **Common** | **500** | **Common Stockholder** |
| **Edward A. Armar, III**<br>**1600 W. Church Street**<br>**Hammond, LA 70401** | **Common** | **600** | **Common Stockholder** |
| **Edward Amar**<br>**1600 W. Church Street**<br>**Hammond, LA 70401** | **Common** | **3100** | **Common Stockholder** |
| **Edward D. Jones & Co**<br>**201 Progress Pkwy**<br>**Maryland Heights, MO 63043** | **Common** | **6** | **Common Stockholder** |
| **F H Mitchell**<br>**Rt 1 Box 307**<br>**Holden, LA 70744** | **Common** | **26** | **Common Stockholder** |
| **Fain P. Moulard**<br>**3664 Edgemont Dr**<br>**Baton Rouge, LA 70814** | **Common** | **130** | **Common Stockholder** |
| **Felice Catherine Anazalone**<br>**P. O. Box 746**<br>**Independence, LA 70443** | **Common** | **42** | **Common Stockholder** |
| **Fieldon Todd Edwards**<br>**Rt 1 Box 307**<br>**Holden, LA 70744** | **Common** | **13** | **Common Stockholder** |
| **First Clearing Corporation**<br>**Unknown** | **Common** | **2000** | **Common Stockholder** |
| **First Clearing, LLC**<br>**P. O. Box 6570**<br>**Glen Allen, VA 23058** | **Common** | **236** | **Common Stockholder** |
| **Frances G. Dorsa**<br>**13187 New Genessee Road**<br>**Tickfaw, LA 70466** | **Common** | **52** | **Common Stockholder** |
| **Francis J. Cefalu**<br>**61241 Holden Lane**<br>**Amite, LA 70422** | **Common** | **445** | **Common Stockholder** |
| **Francis N. Bickham**<br>**125 Rosewood Drive**<br>**Hammond, LA 70401** | **Common** | **108** | **Common Stockholder** |

Sheet __4__ of __14__ continuation sheets attached to the List of Equity Security Holders

In re __Blossman Bancshares, Inc._____, Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| Frank Rusciano, Jr.<br>1119 N. General Pershing<br>Hammond, LA 70401 | Common | 26 | Common<br>Stockholder |
| Freda Lee Billings Lee<br>1711 Gaylord Dr<br>Bogalusa, LA 70427 | Common | 52 | Common<br>Stockholder |
| Frederick W. Pierce<br>401 Country Club Dr<br>Covington, LA 70433 | Common | 1000 | Common<br>Stockholder |
| Glen T. Scott, Jr., M.D.<br>P. O. Box 748<br>Ponchatoula, LA 70454 | Common | 52 | Common<br>Stockholder |
| Gregory James Cefalu<br>1040 Old River Road<br>Slidell, LA 70461 | Common | 100 | Common<br>Stockholder |
| Gregory W. Brumfield<br>601 Ellis Road<br>Amite, LA 70422 | Common | 10 | Common<br>Stockholder |
| H D Clemons<br>P. O. Box 225<br>Amite, LA 70422 | Common | 300 | Common<br>Stockholder |
| H D or Lorena Clemons<br>P. O. Box 225<br>Amite, LA 70422 | Common | 1565 | Common<br>Stockholder |
| Hare & Co<br>One Wall Street<br>New York, NY 10286 | Common | 6 | Common<br>Stockholder |
| Henry & Carol Corkern<br>2004 N. Oak Street<br>Hammond, LA 70401 | Common | 156 | Common<br>Stockholder |
| Ivy Bryon Rossie<br>804 W. Charles<br>Hammond, LA 70401 | Common | 61 | Common<br>Stockholder |
| Jackie Menuet<br>Unknown | Common | 6 | Common<br>Stockholder |
| James Venezia<br>37045 Austin Cemetary Rd<br>Pearl River, LA 70452 | Common | 100 | Common<br>Stockholder |

Sheet __5__ of __14__ continuation sheets attached to the List of Equity Security Holders

In re     __Blossman Bancshares, Inc.__                      ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jean & Charles A. Cefalu, Sr<br>1040 Old River Road<br>Slidell, LA 70461 | Common | 8 | Common Stockholder |
| JO-EL G Jones<br>42564 S. Range Road<br>Hammond, LA 70403 | Common | 10 | Common Stockholder |
| John J. Dorsa<br>13187 New Genessee Road<br>Tickfaw, LA 70466 | Common | 17 | Common Stockholder |
| John Nicholas Cefalu<br>1040 Old River Road<br>Slidell, LA 70461 | Common | 100 | Common Stockholder |
| John R. (Kyle) Komidor, IV<br>200 Bayberry Dr<br>Covington, LA 70433 | Common | 189 | Common Stockholder |
| Joseph Lamonte, Jr.<br>39322 McCahill Lane<br>Ponchatoula, LA 70454 | Common | 10 | Common Stockholder |
| Joseph M. Cefalu<br>826 Woodgate Blvd.<br>Baton Rouge, LA 70808 | Common | 855 | Common Stockholder |
| Judy Bridges<br>659 Needham Avenue<br>Kentwood, LA 70444 | Common | 1 | Common Stockholder |
| Karen Hyde OTT<br>10637 Arnold Road<br>Denham Springs, LA 70726 | Common | 26 | Common Stockholder |
| Katie Muriel<br>200 Bayberry Dr<br>Covington, LA 70433 | Common | 189 | Common Stockholder |
| Kaye Patterson<br>207 Billy Lou<br>Lafayette, LA 70508 | Common | 99 | Common Stockholder |
| Keith Miller<br>Rt 1 Box 233A<br>Kentwood, LA 70444 | Common | 10 | Common Stockholder |
| L. Cullen Shows<br>214 Ormond Meadows<br>Destrehan, LA 70047 | Common | 1 | Common Stockholder |

Sheet __6__ of __14__ continuation sheets attached to the List of Equity Security Holders

In re    **Blossman Bancshares, Inc.**                                          ,    Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lane B. Perez**<br>**307 Morningside Dr.**<br>**Mandeville, LA 70448** | **Common** | **380** | **Common Stockholder** |
| **Laurie Durbin**<br>**47096 N. Cherry St**<br>**Hammond, LA 70401** | **Common** | **13** | **Common Stockholder** |
| **Lawrence W. Reid**<br>**P. O. Box 977**<br>**Amite, LA 70422** | **Common** | **2** | **Common Stockholder** |
| **Leslie L. Depaula**<br>**52033 Ridgecrest Dr.**<br>**Independence, LA 70443** | **Common** | **69** | **Common Stockholder** |
| **Linda B. Cunningham**<br>**402 N. Parkerson**<br>**Rayne, LA 70578** | **Common** | **377** | **Common Stockholder** |
| **Linda Brunett**<br>**56136 Loranger Road**<br>**Loranger, LA 70446** | **Common** | **32** | **Common Stockholder** |
| **Linda Grace**<br>**741 Patricia Drive**<br>**Denham Springs, LA 70726** | **Common** | **208** | **Common Stockholder** |
| **Linda Williams**<br>**72196 Pittman Road**<br>**Kentwood, LA 70444** | **Common** | **1** | **Common Stockholder** |
| **Louis Brooks Forrest**<br>**59485 Tiger Lane**<br>**Amite, LA 70422** | **Common** | **104** | **Common Stockholder** |
| **Louise N. McMichael**<br>**P. O. Box 683**<br>**Amite, LA 70422** | **Common** | **52** | **Common Stockholder** |
| **Lynn D. Holden-Frazier**<br>**1825 B Hwy 1054**<br>**Kentwood, LA 70444** | **Common** | **3** | **Common Stockholder** |
| **Marion B. Farmer**<br>**624 Heavens Drive**<br>**Mandeville, LA 70471** | **Common** | **52** | **Common Stockholder** |
| **Mark Parker**<br>**7134 Creekwood Drive**<br>**Mandeville, LA 70471** | **Common** | **3000** | **Common Stockholder** |

Sheet __7__ of __14__ continuation sheets attached to the List of Equity Security Holders

In re    __Blossman Bancshares, Inc.__                             ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Martha Jene Clemons**<br>**P. O. Box 225**<br>**Amite, LA 70422** | **Common** | **100** | **Common**<br>**Stockholder** |
| **Mary Ann G. Cefalu, Estate of**<br>**P. O. Box 668**<br>**Amite, LA 70422** | **Common** | **8** | **Common**<br>**Stockholder** |
| **Mary Ann Sherman**<br>**605 N. Second St**<br>**Amite, LA 70422** | **Common** | **7** | **Common**<br>**Stockholder** |
| **Mary Burge**<br>**545 Hungerford Road**<br>**Dayton, TN 37321** | **Common** | **33** | **Common**<br>**Stockholder** |
| **Mary F. Pecora**<br>**P. O. Box 225**<br>**Independence, LA 70443** | **Common** | **130** | **Common**<br>**Stockholder** |
| **Masonic Home Endowment Fund**<br>**P. O. Box 4526**<br>**Jacksonville, FL 32201** | **Common** | **10** | **Common**<br>**Stockholder** |
| **Maureen Scarbrough Franz**<br>**268 El Paso Drive**<br>**Houma, LA 70360** | **Common** | **69** | **Common**<br>**Stockholder** |
| **Michael Joseph Cefalu**<br>**1040 Old River Road**<br>**Slidell, LA 70461** | **Common** | **100** | **Common**<br>**Stockholder** |
| **Michelle Gomilla**<br>**42564 S. Range RD**<br>**Hammond, LA 70403** | **Common** | **10** | **Common**<br>**Stockholder** |
| **Milas Lamar Clemons**<br>**P. O. Box 225**<br>**Amite, LA 70422** | **Common** | **250** | **Common**<br>**Stockholder** |
| **Muriel McGehee Perez**<br>**307 Morningside Dr**<br>**Mandeville, LA 70448** | **Common** | **415** | **Common**<br>**Stockholder** |
| **Nathan Scott Cefalu**<br>**P. O. Box 1591**<br>**Hammond, LA 70401** | **Common** | **138** | **Common**<br>**Stockholder** |
| **Nicholas Cefalu, Jr.**<br>**P. O. Box 265**<br>**Amite, LA 70422** | **Common** | **855** | **Common**<br>**Stockholder** |

Sheet  __8__  of  __14__  continuation sheets attached to the List of Equity Security Holders

In re    **Blossman Bancshares, Inc.**              ,     Case No. _____

                                         Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Nicole Ann Cefalu<br>P. O. Box 1591<br>Hammond, LA 70401 | Common | 100 | Common Stockholder |
| Number Two Son Trust<br>c/o Lane Perez<br>307 Morningside Drive<br>Mandeville, LA 70448 | Common | 1900 | Common Stockholder |
| Pamela Hyde Wall<br>P. O. Box 767<br>Saint Francisville, LA 70775 | Common | 26 | Common Stockholder |
| Parish National Bank as Trustee<br>of the Pierce Transaction Trust<br>P. O. Box 1766<br>Covington, LA 70434 | Common | 16000 | Common Stockholder |
| Paul D. Cucchiara<br>P. O. Box 1623<br>Hammond, LA 70404 | Common | 103 | Common Stockholder |
| Paulette Ann Cefalu Walkwitz<br>1414 Pecan<br>Hammond, LA 70401 | Common | 855 | Common Stockholder |
| Pauline M. Genco<br>215 N. First St<br>Amite, LA 70422 | Common | 26 | Common Stockholder |
| Peyton Perez<br>307 Morningside Dr.<br>Mandeville, LA 70448 | Common | 150 | Common Stockholder |
| Philip R. Laberbera<br>800 Courtney Drive<br>Amite, LA 70422 | Common | 156 | Common Stockholder |
| Phyllis McNabb<br>P. O. Box 422<br>Kentwood, LA 70444 | Common | 1 | Common Stockholder |
| Porter S. Horgan<br>P. O. Box 277<br>Hammond, LA 70404 | Common | 1344 | Common Stockholder |
| Preston Cathey, Estate<br>504 N. First Street<br>Amite, LA 70422 | Common | 5 | Common Stockholder |

Sheet  **9**  of  **14**  continuation sheets attached to the List of Equity Security Holders

In re     __Blossman Bancshares, Inc._____ ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| R S "Dickie" Blossman<br>162 Country Club Drive<br>Covington, LA 70433 | Common | 6046.00 | Common Stockholder |
| R S Blossman<br>c/f Brennan Blossman<br>162 Country Club Drive<br>Covington, LA 70433 | Common | 50 | Common Stockholder |
| R S Blossman, Jr.<br>c/f Bailey G. Blossman<br>162 Country Club Drive<br>Covington, LA 70433 | Common | 50 | Common Stockholder |
| R S Blossman, Jr., Voting Trust<br>162 Country Club Drive<br>Covington, LA 70433 | Common | 68074 | Common Stockholder |
| Raymond G. Fontaine, Jr.<br>161 Blue Crane Drive #1<br>Slidell, LA 70461 | Common | 2253 | Common Stockholder |
| Rebecca Clemons Olson<br>2920 Atlantic Avenue<br>Savannah, GA 31405 | Common | 100 | Common Stockholder |
| Rebecca Lynn Sherman<br>605 N. Second St<br>Amite, LA 70422 | Common | 7 | Common Stockholder |
| Richard E. LeBlanc, Jr.<br>2358 Hwy 1<br>Raceland, LA 70394 | Common | 7 | Common Stockholder |
| Richard G. Dunn<br>200 Bayberry Dr.<br>Covington, LA 70433 | Common | 78 | Common Stockholder |
| Richard S (Dickie) Blossman Jr<br>162 Country Club Drive<br>Covington, LA 70433 | Common | 377 | Common Stockholder |
| Richard S Blossman<br>162 Country Club Drive<br>Covington, LA 70433 | Common | 15100 | Common Stockholder |
| Richard S Blossman, Jr<br>162 Country Club, Jr.<br>Covington, LA 70433 | Common | 10 | Common Stockholder |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re     __Blossman Bancshares, Inc.__ _____ ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard S. Blossman, "Family Trust"**<br>**202 Bayberry Drive**<br>**Covington, LA 70433** | **Common** | **80** | **Common Stockholder** |
| **Richard S. Blossman, IRA**<br>**400 Country Club Drive**<br>**Covington, LA 70433** | **Common** | **6400** | **Common Stockholder** |
| **Richard S. Blossman, Sr.**<br>**400 Country Club Drive**<br>**Covington, LA 70433** | **Common** | **3226** | **Common Stockholder** |
| **Robert A. Middleton**<br>**201 Ford Drive**<br>**Hammond, LA 70401** | **Common** | **52** | **Common Stockholder** |
| **Robert B. Newell**<br>**319 Zachary Rd.**<br>**Amite, LA 70422** | **Common** | **5** | **Common Stockholder** |
| **Robert Edward, Jr.**<br>**1338 7th Street**<br>**Slidell, LA 70458** | **Common** | **52** | **Common Stockholder** |
| **Robert Spec McClendon, Estate**<br>**313 S. Laurel St.**<br>**Amite, LA 70422** | **Common** | **104** | **Common Stockholder** |
| **Ronald A. Curet**<br>**607 Delmar Blvd**<br>**Hammond, LA 70401** | **Common** | **234** | **Common Stockholder** |
| **Ronald G. Rossie**<br>**1500 Ellis Avenue**<br>**Hammond, LA 70401** | **Common** | **262** | **Common Stockholder** |
| **Ronnie Fugarino**<br>**190 Pinecrest Dr.**<br>**Hammond, LA 70401** | **Common** | **1170** | **Common Stockholder** |
| **Rosalie D. Myrick**<br>**52453 Red Hill Road**<br>**Independence, LA 70443** | **Common** | **52** | **Common Stockholder** |
| **Roy D. Mitchell**<br>**60388 Hwy 1054**<br>**Amite, LA 70422** | **Common** | **20** | **Common Stockholder** |
| **Sara Louise Faulks**<br>**P. O. Box 24143**<br>**New Orleans, LA 70124** | **Common** | **130** | **Common Stockholder** |

Sheet  __11__  of  __14__  continuation sheets attached to the List of Equity Security Holders

In re    **Blossman Bancshares, Inc.**                                  ,    Case No. _____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Sarah I. Cefalu**<br>**1040 Old River Road**<br>**Slidell, LA 70461** | **Common** | **100** | **Common**<br>**Stockholder** |
| **Shane Pierce Glass**<br>**401 Country Club Dr**<br>**Covington, LA 70433** | **Common** | **2000** | **Common**<br>**Stockholder** |
| **Shirley Ann Guitreau**<br>**517 N. Laurel St**<br>**Amite, LA 70422** | **Common** | **124** | **Common**<br>**Stockholder** |
| **Shirley Ann Guitreau, Usufruct**<br>**517 N. Laurel St.**<br>**Amite, LA 70422** | **Common** | **124** | **Common**<br>**Stockholder** |
| **Spectrum Asset Management**<br>**2 High Ridge Park**<br>**Stamford, CT 06905** | **Preferred** | **9668000** | **Preferred**<br>**Stockholder** |
| **Spring Creek Baptist Church**<br>**72937 Hwy 1061**<br>**Kentwood, LA 70444** | **Common** | **10** | **Common**<br>**Stockholder** |
| **Stanan Carter Lawson CapdeBoscq**<br>**58140 Highway 445**<br>**Husser, LA 70442** | **Common** | **10** | **Common**<br>**Stockholder** |
| **Stanley Dameron**<br>**1100 Rue Cannes**<br>**Hammond, LA 70403** | **Common** | **112** | **Common**<br>**Stockholder** |
| **Stephen J. or Frances G. Chabreck**<br>**28573 Krentel Road**<br>**Lacombe, LA 70445** | **Common** | **104** | **Common**<br>**Stockholder** |
| **Susan B. Pierce**<br>**401 Country Club Drive**<br>**Covington, LA 70433** | **Common** | **5000** | **Common**<br>**Stockholder** |
| **Susan Edwards**<br>**15253 Hwy 73**<br>**Prairieville, LA 70769** | **Common** | **145** | **Common**<br>**Stockholder** |
| **Thomas Charles Morgan**<br>**P. O. Box 96**<br>**Amite, LA 70422** | **Common** | **100** | **Common**<br>**Stockholder** |
| **Thomas L. Hudspeth**<br>**909 N. Duncan Avenue**<br>**Amite, LA 70422** | **Common** | **26** | **Common**<br>**Stockholder** |

Sheet __12__ of __14__ continuation sheets attached to the List of Equity Security Holders

In re    **Blossman Bancshares, Inc.**                                    ,    Case No. _____

                                                                Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Travis R. Amar**<br>**1600 W. Church Street**<br>**Hammond, LA 70401** | **Common** | **600** | **Common Stockholder** |
| **Ursula Cefalu Sherman**<br>**605 South Second St**<br>**Amite, LA 70422** | **Common** | **445** | **Common Stockholder** |
| **Urusla M. Cefalu Sherman**<br>**605 South Second St.**<br>**Amite, LA 70422** | **Common** | **410** | **Common Stockholder** |
| **Victoria S. Mondebello**<br>**701 Rue Chalet**<br>**Hammond, LA 70401** | **Common** | **150** | **Common Stockholder** |
| **Vincent N. Cefalu, Jr.**<br>**47488 Monticello Drive**<br>**Hammond, LA 70401** | **Common** | **120** | **Common Stockholder** |
| **Von Illing**<br>**848 E. Boston St. #301**<br>**Covington, LA 70433** | **Common** | **125** | **Common Stockholder** |
| **W E Dykes**<br>**35795 Third Avenue**<br>**Amite, LA 70422** | **Common** | **104** | **Common Stockholder** |
| **W. Malin Smith**<br>**P. O. Box 252**<br>**Hammond, LA 70404** | **Common** | **52** | **Common Stockholder** |
| **W.K. Hood**<br>**P. O. Box 367**<br>**Amite, LA 70422** | **Common** | **960** | **Common Stockholder** |
| **Wanda S. Ponder**<br>**P. O. Box 1241**<br>**Amite, LA 70422** | **Common** | **59** | **Common Stockholder** |
| **Warren J. (Trip), Illing III**<br>**848 E. Boston St. #301**<br>**Covington, LA 70433** | **Common** | **126** | **Common Stockholder** |
| **Welton Brumfield**<br>**601 Ellis Road**<br>**Amite, LA 70422** | **Common** | **308** | **Common Stockholder** |
| **Wendy Rene Robertson**<br>**Rt Box 307**<br>**Holden, LA 70744** | **Common** | **13** | **Common Stockholder** |

Sheet __13__ of __14__ continuation sheets attached to the List of Equity Security Holders

In re    **Blossman Bancshares, Inc.**                        ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William F. Sherman, Jr.**<br>**605 N. Second St**<br>**Amite, LA 70422** | **Common** | **8** | **Common Stockholder** |
| **William T. Cefalu**<br>**13704 Lexham Gardens Avenue**<br>**Baton Rouge, LA 70810** | **Common** | **855** | **Common Stockholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 25, 2011**               Signature **/s/ James Venezia, Sr.**_____

                                                             **James Venezia, Sr.**
                                                             **President**

      *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Louisiana

In re    **Blossman Bancshares, Inc.**          Case No. _____

                         Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 25, 2011**            **/s/ James Venezia, Sr.**

                                         **James Venezia, Sr./President**

                                         Signer/Title

A G Edwards & Son, Inc.
1 No Jefferson
Saint Louis, MO 63103


Alan B. Despres
3638 Loyola Drive
Kenner, LA 70065


Amy Blossman Illing
848 E. Boston St. #301
Covington, LA 70433


Angelee B. Ardillo
59621 Puleston Road
Amite, LA 70422


Ann Blossman
200 Bayberry Drive
Covington, LA 70433


Ann Kay Cefalu Logarbo
80700 Teal Loop
Bush, LA 70431


Anthony Jones
218 Brown Road
Hammond, LA 70401


Antoinette K. Cefalu Logarbo
80700 Teal Loop
Bush, LA 70431


Aurelia Rossie Rownd
720 Rurual St
New Orleans, LA 70123


Barbara P. Blake
1751 Twisted Oak Lane
Baton Rouge, LA 70810


Bertha C. Facone
P. O. Box 433
Independence, LA 70443

Bertha Facone, Usufruct
P. O. Box 433
Independence, LA 70443


Betty Bethel
P O. Box 313
Roseland, LA 70456


Bobbette Rossie Beck
259 Oak Court
Severna Park, MD 21146


Brandon Faciane
171 Blue Crane Drive #1
Slidell, LA 70461


Brett Blossman
848 E. Boston St. #301
Covington, LA 70433


Bryan K. Brumfield
P. O. Box 308
Amite, LA 70422


C B or Shirley Temple
Box J
Kentwood, LA 70444


Candance Frazier
61449 Hwy 1054
Amite, LA 70422


Carol Brooks
520 Keaghey Road
Ponchatoula, LA 70454


Carolyn Hendry
P. O. Box 404
Roseland, LA 70456


Carolyn Martin Joiner
42473 Henry Martin Ln
Hammond, LA 70403

Cathy Taylor
1303 Westerb Avenue
Hammond, LA 70401


Charles A. Cefalu
1070 Old River Road
Slidell, LA 70461


Charles A. Cefalu, Jr.
1070 Old River Road
Slidell, LA 70461


Charles Guy Anzalone, III
P. O. Box 37
Independence, LA 70443


Charles L. Blackwell
423 Nighthawk Drrive
Slidell, LA 70461


Charles Law Ponder
P. O. Box 1241
Amite, LA 70422


Charles Law Ponder, III
P. O. Box 1241
Amite, LA 70422


Charlotte or J T Hayden, Jr.
1525 Dycgess Drive
Baton Rouge, LA 70815


Christopher M. Casselberry
145 S. Rodondo Drive
Baton Rouge, LA 70815


Clara Gilbert
UNKNOWN


Connie Davis
17407 Golf Course Road
Loranger, LA 70446

Conrad Spencer Rossie
47114 Pineview
Hammond, LA 70401


Conway Guiteau
P. O. Box 818
Amite, LA 70422


Courland Collins Lawson
336 Highland Oaks Dr
Baton Rouge, LA 70810


Cynthia Lee Melancon
1711 Gaylord Dr.
Bogalusa, LA 70427


Darren Gomilla
42564 S. Range RD
Hammond, LA 70403


David A. Mondebello
701 Rue Chalet
Hammond, LA 70401


David Danel
P. O. Drawer 2726
Hammond, LA 70404


David Gradon Clemons
P. O. Box 225
Amite, LA 70422


Debbie Stewart
14474 Greenlawn Rd
Kentwood, LA 70444


Debora M. Tremont
Unknown


Derek or Karrie Shants
P. O. Box 1300
Hammond, LA 70404

Douglas T. Curet
800 Rue St. Michael
Hammond, LA 70401


Dr. Vincent Cefalu
P. O. Box 1591
Hammond, LA 70404


Dr. Vincent N. Cefalu
P. O. Box 1591
Hammond, LA 70404


Dr. Vincent N. Cefalu
47488 Monticello Drive
Hammond, LA 70401


E R Glasgow
P. O. Box 918
Amite, LA 70422


Edward & Janice Amar Trust
1600 W. Church Street
Hammond, LA 70401


Edward A. Amar
1600 W. Church St
Hammond, LA 70401


Edward A. Amar, IV
1600 W. Church Street
Hammond, LA 70401


Edward A. Armar, III
1600 W. Church Street
Hammond, LA 70401


Edward Amar
1600 W. Church Street
Hammond, LA 70401


Edward D. Jones & Co
201 Progress Pkwy
Maryland Heights, MO 63043

F H Mitchell
Rt 1 Box 307
Holden, LA 70744


Fain P. Moulard
3664 Edgemont Dr
Baton Rouge, LA 70814


FDIC
8100 Poplar Avenue Suite 1900
Memphis, TN 38137-1900


Federal Reserve Board of Govenors
2000 L Street Northwest
Washington, DC 20006


Felice Catherine Anazalone
P. O. Box 746
Independence, LA 70443


Fieldon Todd Edwards
Rt 1 Box 307
Holden, LA 70744


First Clearing Corporation
Unknown


First Clearing, LLC
P. O. Box 6570
Glen Allen, VA 23058


Frances G. Dorsa
13187 New Genessee Road
Tickfaw, LA 70466


Francis J. Cefalu
61241 Holden Lane
Amite, LA 70422


Francis N. Bickham
125 Rosewood Drive
Hammond, LA 70401

Frank Rusciano, Jr.
1119 N. General Pershing
Hammond, LA 70401


Freda Lee Billings Lee
1711 Gaylord Dr
Bogalusa, LA 70427


Frederick W. Pierce
401 Country Club Dr
Covington, LA 70433


Glen T. Scott, Jr., M.D.
P. O. Box 748
Ponchatoula, LA 70454


Gregory James Cefalu
1040 Old River Road
Slidell, LA 70461


Gregory W. Brumfield
601 Ellis Road
Amite, LA 70422


H D Clemons
P. O. Box 225
Amite, LA 70422


H D or Lorena Clemons
P. O. Box 225
Amite, LA 70422


Hare & Co
One Wall Street
New York, NY 10286


Henry & Carol Corkern
2004 N. Oak Street
Hammond, LA 70401


Ivy Bryon Rossie
804 W. Charles
Hammond, LA 70401

Jackie Menuet
Unknown


James Venezia
37045 Austin Cemetary Rd
Pearl River, LA 70452


Jean & Charles A. Cefalu, Sr
1040 Old River Road
Slidell, LA 70461


JO-EL G Jones
42564 S. Range Road
Hammond, LA 70403


John J. Dorsa
13187 New Genessee Road
Tickfaw, LA 70466


John Nicholas Cefalu
1040 Old River Road
Slidell, LA 70461


John R. (Kyle) Komidor, IV
200 Bayberry Dr
Covington, LA 70433


Joseph Lamonte, Jr.
39322 McCahill Lane
Ponchatoula, LA 70454


Joseph M. Cefalu
826 Woodgate Blvd.
Baton Rouge, LA 70808


Judy Bridges
659 Needham Avenue
Kentwood, LA 70444


Karen Hyde OTT
10637 Arnold Road
Denham Springs, LA 70726

Katie Muriel
200 Bayberry Dr
Covington, LA 70433


Kaye Patterson
207 Billy Lou
Lafayette, LA 70508


Keith Miller
Rt 1 Box 233A
Kentwood, LA 70444


L. Cullen Shows
214 Ormond Meadows
Destrehan, LA 70047


Lane B. Perez
307 Morningside Dr.
Mandeville, LA 70448


Laurie Durbin
47096 N. Cherry St
Hammond, LA 70401


Lawrence W. Reid
P. O. Box 977
Amite, LA 70422


Leslie L. Depaula
52033 Ridgecrest Dr.
Independence, LA 70443


Linda B. Cunningham
402 N. Parkerson
Rayne, LA 70578


Linda Brunett
56136 Loranger Road
Loranger, LA 70446


Linda Grace
741 Patricia Drive
Denham Springs, LA 70726

Linda Williams
72196 Pittman Road
Kentwood, LA 70444


Louis Brooks Forrest
59485 Tiger Lane
Amite, LA 70422


Louise N. McMichael
P. O. Box 683
Amite, LA 70422


Louisiana Office of Financial
Institutions
P. O. Box. 94095
Baton Rouge, LA 70804


Lynn D. Holden-Frazier
1825 B Hwy 1054
Kentwood, LA 70444


Marion B. Farmer
624 Heavens Drive
Mandeville, LA 70471


Mark Parker
7134 Creekwood Drive
Mandeville, LA 70471


Martha Jene Clemons
P. O. Box 225
Amite, LA 70422


Mary Ann G. Cefalu, Estate of
P. O. Box 668
Amite, LA 70422


Mary Ann Sherman
605 N. Second St
Amite, LA 70422


Mary Burge
545 Hungerford Road
Dayton, TN 37321

Mary F. Pecora
P. O. Box 225
Independence, LA 70443


Masonic Home Endowment Fund
P. O. Box 4526
Jacksonville, FL 32201


Maureen Scarbrough Franz
268 El Paso Drive
Houma, LA 70360


Michael Joseph Cefalu
1040 Old River Road
Slidell, LA 70461


Michelle Gomilla
42564 S. Range RD
Hammond, LA 70403


Milas Lamar Clemons
P. O. Box 225
Amite, LA 70422


Muriel McGehee Perez
307 Morningside Dr
Mandeville, LA 70448


Nathan Scott Cefalu
P. O. Box 1591
Hammond, LA 70401


Nicholas Cefalu, Jr.
P. O. Box 265
Amite, LA 70422


Nicole Ann Cefalu
P. O. Box 1591
Hammond, LA 70401


Number Two Son Trust
c/o Lane Perez
307 Morningside Drive
Mandeville, LA 70448

Pamela Hyde Wall
P. O. Box 767
Saint Francisville, LA 70775


Parish National Bank as Trustee
of the Pierce Transaction Trust
P. O. Box 1766
Covington, LA 70434


Paul D. Cucchiara
P. O. Box 1623
Hammond, LA 70404


Paulette Ann Cefalu Walkwitz
1414 Pecan
Hammond, LA 70401


Pauline M. Genco
215 N. First St
Amite, LA 70422


Peggy A. Donahue
369 Dorset Drive
Slidell, LA 70458


Peyton Perez
307 Morningside Dr.
Mandeville, LA 70448


Philip R. Laberbera
800 Courtney Drive
Amite, LA 70422


Phyllis McNabb
P. O. Box 422
Kentwood, LA 70444


Porter S. Horgan
P. O. Box 277
Hammond, LA 70404


Preston Cathey, Estate
504 N. First Street
Amite, LA 70422

R S "Dickie" Blossman
162 Country Club Drive
Covington, LA 70433


R S Blossman
c/f Brennan Blossman
162 Country Club Drive
Covington, LA 70433


R S Blossman, Jr.
c/f Bailey G. Blossman
162 Country Club Drive
Covington, LA 70433


R S Blossman, Jr., Voting Trust
162 Country Club Drive
Covington, LA 70433


Raymond G. Fontaine, Jr.
161 Blue Crane Drive #1
Slidell, LA 70461


Rebecca Clemons Olson
2920 Atlantic Avenue
Savannah, GA 31405


Rebecca Lynn Sherman
605 N. Second St
Amite, LA 70422


Richard E. LeBlanc, Jr.
2358 Hwy 1
Raceland, LA 70394


Richard G. Dunn
200 Bayberry Dr.
Covington, LA 70433


Richard S (Dickie) Blossman Jr
162 Country Club Drive
Covington, LA 70433


Richard S Blossman
162 Country Club Drive
Covington, LA 70433

Richard S Blossman, Jr
162 Country Club, Jr.
Covington, LA 70433


Richard S. Blossman, "Family Trust"
202 Bayberry Drive
Covington, LA 70433


Richard S. Blossman, IRA
400 Country Club Drive
Covington, LA 70433


Richard S. Blossman, Sr.
400 Country Club Drive
Covington, LA 70433


Robert A. Middleton
201 Ford Drive
Hammond, LA 70401


Robert B. Newell
319 Zachary Rd.
Amite, LA 70422


Robert Edward, Jr.
1338 7th Street
Slidell, LA 70458


Robert Spec McClendon, Estate
313 S. Laurel St.
Amite, LA 70422


Ronald A. Curet
607 Delmar Blvd
Hammond, LA 70401


Ronald G. Rossie
1500 Ellis Avenue
Hammond, LA 70401


Ronnie Fugarino
190 Pinecrest Dr.
Hammond, LA 70401

Rosalie D. Myrick
52453 Red Hill Road
Independence, LA 70443


Roy D. Mitchell
60388 Hwy 1054
Amite, LA 70422


Sara Louise Faulks
P. O. Box 24143
New Orleans, LA 70124


Sarah I. Cefalu
1040 Old River Road
Slidell, LA 70461


Shane Pierce Glass
401 Country Club Dr
Covington, LA 70433


Shirley Ann Guitreau
517 N. Laurel St
Amite, LA 70422


Shirley Ann Guitreau, Usufruct
517 N. Laurel St.
Amite, LA 70422


Spectrum Asset Management
2 High Ridge Park
Stamford, CT 06905


Spring Creek Baptist Church
72937 Hwy 1061
Kentwood, LA 70444


Stanan Carter Lawson CapdeBoscq
58140 Highway 445
Husser, LA 70442


Stanley Dameron
1100 Rue Cannes
Hammond, LA 70403

Stephen J. or Frances G. Chabreck
28573 Krentel Road
Lacombe, LA 70445


Susan B. Pierce
401 Country Club Drive
Covington, LA 70433


Susan Edwards
15253 Hwy 73
Prairieville, LA 70769


Thomas Charles Morgan
P. O. Box 96
Amite, LA 70422


Thomas L. Hudspeth
909 N. Duncan Avenue
Amite, LA 70422


Travis R. Amar
1600 W. Church Street
Hammond, LA 70401


U.S. Bank, as agent for Central
Progressive Bank Statutory Trust III
One Federal Street, 3rd Floor
Boston, MA 02110


Ursula Cefalu Sherman
605 South Second St
Amite, LA 70422


Urusla M. Cefalu Sherman
605 South Second St.
Amite, LA 70422


Victoria S. Mondebello
701 Rue Chalet
Hammond, LA 70401


Vincent N. Cefalu, Jr.
47488 Monticello Drive
Hammond, LA 70401

Von Illing
848 E. Boston St. #301
Covington, LA 70433


W E Dykes
35795 Third Avenue
Amite, LA 70422


W. Malin Smith
P. O. Box 252
Hammond, LA 70404


W.K. Hood
P. O. Box 367
Amite, LA 70422


Wanda S. Ponder
P. O. Box 1241
Amite, LA 70422


Warren J. (Trip), Illing III
848 E. Boston St. #301
Covington, LA 70433


Wells Fargo Delaware Trust Co., N.A.
as agent for Central Progressive Capital
Trust III
919 North Market Street
Wilmington, DE 19890


Welton Brumfield
601 Ellis Road
Amite, LA 70422


Wendy Rene Robertson
Rt Box 307
Holden, LA 70744


William F. Sherman, Jr.
605 N. Second St
Amite, LA 70422


William T. Cefalu
13704 Lexham Gardens Avenue
Baton Rouge, LA 70810

Wilmington Trust Company as agent
for Central Progressive Capital Trust
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   **Blossman Bancshares, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Blossman Bancshares, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Spectrum Asset Management
2 High Ridge Park
Stamford, CT 06905**

☐ None [*Check if applicable*]

---

**October 25, 2011**

Date

**/s/ Robin B. Cheatham**

**Robin B. Cheatham**

Signature of Attorney or Litigant

Counsel for   **Blossman Bancshares, Inc.**

**Adams and Reese LLP**

**701 Poydras Street, Suite 4500
One Shell Square
New Orleans, LA 70139
504-581-3234 Fax:504-566-0210
robin.cheatham@arlaw.com**